# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Clifford Moristo** DOB: 1969; United States<br>**Nathaniel Ascendio** DOB: 1964; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-03072MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about May 28, 2021, in the District of Arizona, **Clifford Moristo** and **Nathaniel Ascendio**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, namely/including Edmer Perez-Martin and Virgilio Juarez-Martinez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about May 28, 2021, in the District of Arizona, **Clifford Moristo** and **Nathaniel Ascendio**, knowing and in reckless disregard of the fact that certain illegal aliens, namely/including Edmer Perez-Martin and Virgilio Juarez-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about May 28, 2021, in the District of Arizona (North Komelik), a United States Border Patrol Agent (BPA) responded to assist a Tohono O'Odham Police Officer with a vehicle stop. The officer said that he received a report of an older green Chevrolet Suburban that had almost cause a head-on collision with another vehicle on FR-15. Shortly after, the officer saw a green 1994 Chevrolet Suburban northbound on FR-15. The officer followed the vehicle and saw it cross both the center and fog-line several times. The officer attempted to stop the Suburban, but the driver did not immediately yield. The Suburban continued for almost a mile before it pulled over near mile post 20. The officer saw **Clifford Moristo** on the driver's seat, **Nathaniel Ascendio** in the passenger seat, and a female juvenile sitting on **Ascendio**'s lap. Also, one subject was on the floor behind the driver's seat, one in the back-passenger seat, and one in the cargo area. The BPA identified **Moristo** and **Ascendio** as U.S. Citizens. The rest of the passengers were wearing camouflage clothing and admitted they were in the U.S. illegally, including Edmer Perez-Martin and Virgilio Juarez-Martinez. The BPA walked **Moristo** out of view of the others to use the restroom and he freely said " This is the first time I've done this; I shouldn't have helped him (**Ascendio**) get a ride, now I'm in trouble."

The officer told the BPA that he observed a disturbing situation during his initial contact with the passengers of the vehicle. The officer said he saw **Ascendio** touching the juvenile noncitizen inappropriately. The juvenile noncitizen was on **Ascendio**'s lap and he reached around her with his left arm and fondling her left breast with his left hand. **Ascendio** also rubbed her back and down to her buttocks with his left hand.

Records checks revealed that Edmer Perez-Martin and Virgilio Juarez-Martinez did not have the proper immigration documentation to enter or remain in the U.S. legally. Perez was previously removed from the U.S. on January 22, 2016 and Juarez on May 13, 2021.

In a post-*Miranda* statement, **Ascendio** said his friend Roy Norris asked him if he would drive noncitizens to North Komelik and he agreed. **Ascendio** got into a green Suburban supplied by Norris and it already had four people inside the vehicle, he knew they were noncitizens. **Ascendio** said he was tired from being up all night and he was swerving all over the road. He stopped at a house in Santa Rosas and asked his friend **Moristo** to drive the rest of the way to North Komelik. They drove further north towards North Komelik and they were pulled over by the police.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x ||
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Leslie A. Bowman* | DATE<br>June 1, 2021 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54